[No. 38240-3-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER MATHEU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04258-1, Michael J. Fox, J., entered March 6, 1996. *Dismissed* by unpublished per curiam opinion.

[Nos. 38326-4-I; 39965-9-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTEMAS M. MALONE, *Appellant*.

*In the Matter of the Personal Restraint of* ARTEMAS M. MALONE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04543-6, Patricia H. Aitken, J., entered March 21, 1996, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 38402-3-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT I. STAMPALIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06337-0, Ricardo S. Martinez, J., entered March 4, 1996. *Reversed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Kennedy, J.